IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| PATRICK L. SHERMAN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:06CV00136 SWW |
| | * | |
| CLARK COUNTY, ET AL., | * | |
| | * | |
| Defendants. | * | |

## ORDER

Before the Court is plaintiff's motion to vacate judgment on the ground that 28 U.S.C. § 1918(g) is an unconstitutional infringement of his right of access to the courts. The motion [docket entry 6] is denied. *See Higgins v. Carpenter,* 258 F.3d 797 (8th Cir. 2001)(§1915(g) does not impinge on fundamental right of access to the courts); *Lewis v. Sullivan,* 279 F.3d 526 (7th Cir. 2002)("[T]here is no constitutional entitlement to subsidy").

SO ORDERED this 2nd day of March 2006

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE